# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| GRIGORII BASKAKOV,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN-FOLKSTON ICE PROCESSING CENTER,<br><br>    Respondent. | 5:23-cv-86 |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Grigorii Baskakov ("Baskakov") did not file Objections to the Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 14 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Baskakov's 28 U.S.C. § 1361 Petition for Writ of Mandamus for failure to follow this Court's directives and Local Rules, **DIRECTS** the Clerk of Court to enter the appropriate judgment

of dismissal and **CLOSE** this case, and **DENIES** Baskakov leave to appeal *in forma pauperis*.

**SO ORDERED**, this 24 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA